# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN BUSHANSKY, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TOKAI PHARMACEUTICALS, INC., JODIE P. MORRISON, SETH L. HARRISON, STEPHEN BUCKLEY, JR., CHERYL L. COHEN, DAVID A. KESSLER, and JOSEPH A. YANCHIK III,<br><br>Defendants. | <u>CLASS ACTION</u><br><br>Case No. 1:17-cv-10621 (DPW) |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)

Notice is hereby given pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure that plaintiff Stephen Bushansky ("Plaintiff") voluntarily dismisses the captioned action (the "Action") with prejudice as to Plaintiff only and without prejudice as to the putative class in the Action. Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

| | |
|---|---|
| Dated June 6, 2017 | **MATORIN LAW OFFICE, LLC**<br><br>/s/ Mitchell J. Matorin<br>Mitchell J. Matorin (BBO# 649304)<br>18 Grove Street, Suite 5<br>Wellesley, Massachusetts 02482<br>Tel: (781) 453-0100 |

-2-

Email: mmatorin@matorinlaw.com

**WEISSLAW LLP**
Richard A. Acocelli
Michael A. Rogovin
Kelly C. Keenan
1500 Broadway, 16th Floor
New York, New York 10036
Telephone:  (212) 682-3025
Facsimile:   (212) 682-3010
Email:        racocelli@weisslawllp.com
                  mrogovin@weisslawllp.com
                  kkennan@weisslawllp.com

*Attorneys for Plaintiff Stephen Bushansky*

**Certificate of Service**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 6, 2017.

/s/ Mitchell J. Matorin